UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALEXIS PREGENT, JENNIFER MASSAT, MEGAN KUCHENBECKER and JESSICA CLARK, Individually, and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>XPO LOGISTICS, INC., a Foreign Corporation,<br><br>Defendant. | Case No. 1:17-cv-00993 |

**JOINT MOTION FOR COURT APPROVAL OF SETTLEMENT AND
DISMISSAL OF COMPLAINT AND MEMORANDUM OF LAW IN SUPPORT**

Plaintiffs Alexis Pregent, Jennifer Massat, Megan Kuchenbecker, and Jessica Clark (collectively "Plaintiffs") and Defendant XPO Logistics, Inc. ("Defendant") hereby seek the Court's approval of their negotiated settlement of Plaintiffs' claims as alleged in Plaintiffs' Amended Complaint, specifically including but not limited to those under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. ("FLSA") and the Illinois Minimum Wage Law ("IMWL"). In support thereof, Plaintiffs and Defendant (jointly "the Parties") state as follows:

1. Plaintiffs commenced this action on February 7, 2017. In their Amended Complaint [Doc. 29], Plaintiffs allege they were misclassified as exempt and not paid overtime in violation of the FLSA and the IMWL. Defendant denies all of Plaintiffs' allegations.

2. While originally pleaded as a class and collective action, after the Supreme Court's decision in *Epic Systems v. Lewis*, Plaintiffs agreed to arbitrate their individual claims.

5403610v.1

3. Prior to proceeding with arbitration of Plaintiffs' individual claims, the Parties agreed to mediate this matter before the Honorable Michael Hogan (Ret.) and reached a mutually satisfactory settlement agreement.

4. Pursuant to 29 U.S.C. § 216(b), parties in the U.S. District Court for the Northern District of Illinois regularly present settlements involving FLSA and IMWL claims to the Court for approval. *See, e.g.*, *Castillo v. Noodles & Co.*, No. 16-CV-03036, 2016 WL 7451626 (N.D. Ill. Dec. 23, 2016) (approving FLSA settlement as a reasonable compromise over contested issues); *Day v. NuCO2 Mgmt., LLC*, No. 1:18-CV-02088, 2018 WL 2473472 (N.D. Ill. May 18, 2018) (approving settlement of FLSA suit); *Furman v. At Home Stores LLC*, No. 1:16-CV-08190, 2017 WL 1730995 (N.D. Ill. May 1, 2017) (same).

5. Accordingly, the Parties jointly seek approval of the settlement set forth in their Settlement Agreement, which will be separately submitted to the Court for an *in camera* evaluation.

6. The Parties jointly request the Court approve the Settlement Agreement because it is a fair and reasonable resolution of a bona fide dispute over whether Plaintiffs were properly classified as exempt for overtime purposes and/or whether the Plaintiffs were owed any overtime under the FLSA and IMWL, inclusive of attorneys' fees and costs, given all the facts and circumstances relevant to Plaintiffs' claims. Moreover, this settlement was reached only after considerable litigation and negotiation by counsel for both Plaintiffs and Defendant.

7. By settling these claims, Defendant does not admit to any liability to Plaintiffs.

8. Upon approval of the Settlement Agreement, the Parties further request the dismissal of this suit *with prejudice*, each party to bear its own fees and costs.

WHEREFORE, the Parties jointly request that this Court approve the settlement between the Parties, dismiss this suit with prejudice, and for such other relief as the Court deems just and proper.

Respectfully submitted this 10th day of September, 2018.

*/s/Terrence Buehler* .
Terrence Buehler
The Law Office of Terrence Buehler
The Oak Brook Terrace Atrium
17W220 22nd St. Suite 410
Oakbrook Terrace, IL 60181
(331) 225-2123

Attorney for Plaintiffs

*/s/Peter S. Lubin* .
Vincent L. DiTommaso
Peter S. Lubin
Andrew C. Murphy
Patrick D. Austermuehle
DiTommaso-Lubin P.C.
The Oak Brook Terrace Atrium
17W220 22nd Street, Suite 410
Oakbrook Terrace, IL 60181
(630) 333-0000

Attorneys for Plaintiffs

CONSTANGY, BROOKS, SMITH & PROPHETE, LLP

*/s/Susan Bassford Wilson* .
Susan Bassford Wilson, #6299054
200 S. Wacker Drive, Suite 3100
Chicago, Illinois 60606
T: (314) 338-3740
F: (314) 727-1978
swilson@constangy.com

Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this the 10th day of September, 2018, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorney of record:

>Terrence Buehler
>The Law Office of Terrence Buehler
>The Oak Brook Terrace Atrium
>17W220 22nd St. Suite 410
>Oakbrook Terrace, IL 60181
>(331) 225-2123
>
>Vincent L. DiTommaso
>Peter S. Lubin
>Andrew C. Murphy
>Patrick D. Austermuehle
>DiTommaso-Lubin P.C.
>The Oak Brook Terrace Atrium
>17W220 22nd Street, Suite 410
>Oakbrook Terrace, IL 60181
>(630) 333-0000
>
>Attorneys for Plaintiff

/s/ *Susan Bassford Wilson*
Attorney for Defendant