# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Alexis Pregent, et al.

Plaintiff,

v.                                                    Case No.: 1:17–cv–00993

Honorable Gary Feinerman

XPO Logistics, Inc.

Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 18, 2018:

      MINUTE entry before the Honorable Gary Feinerman:Joint motion for court approval of settlement [58] is granted. Given the relationship between Plaintiffs' maximum out–of–pocket loss and their respective recoveries, the obstacles to obtaining liquidated damages, and the value of resolving this case without further litigation, the court approves the proposed settlement as a fair and reasonable compromise of Plaintiffs' claims. Moreover, the attorney fees are reasonable in light of Plaintiffs' recovery. Plaintiffs' claims are dismissed with prejudice. Motion hearing set for 9/20/2018 [59] is stricken. Status hearing set for 9/20/2018 [57] is stricken. Civil case closed. Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.